# In the United States Court of Federal Claims

tony lamar: card

_____
                    **Plaintiff(s),**

**v.**

**THE UNITED STATES,**

                    **Defendant.**

26-774C

**Case No.** _____

**Judge** _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

I tried to file a claim with The United States District Court Western District of Washington and sent Documents Registered Mail RF 894364281US and it was signed for May 7th 2026 and they refuse to respond as the judge listed on falsified document the claim is about, sheriff, court clerk, and prosecuting attorney all refuse to respond.

Received - USCFC

MAY 2 6 2026

A-5

## 2. PARTIES

Plaintiff, _TONY CARD_____, resides at _12120 217th street east_____
                                                    (Street Address)

_graham washington [98338]_____,  _253 377 1540_____
        (City, State, ZIP Code)                        (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____

_____

_____

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?            ☐ Yes ☑ No

   If yes, please list cases: _____

   _____

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

There has been a falsified document created that has a judges name but not signed by a judge, stealing my home. Two armed men threatening to shoot me if I go home and I have sent registered documents to the judge listed on this falsified document, to the court clerk, to the sheriff Keith Swank and Prosecuting attorney all sent registered mail return receipt showing evidence they received them and nobody will respond. There is evidence of these two men stealing my stuff in which they had 7 trucks towed off of my private property and many dump trailer loads of items. I have contacted south sound 911 asking to make arrests and they refuse to respond. I have the claim numbers for evidence that I filed.

A-6

**5. RELIEF.** Briefly state exactly what you want the court to do for you.

I want arrests of all found guilty. I want restitution for everything being stolen and restitution for the stress of losing everything I own

I want restitution for the stress of hiding from the sheriffs department as I think they are conspiring and want to silence me

I fear for my life and have been in hiding from sheriffs and the two armed men stealing my stuff.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___16th___ day of ___May___, ___2026___.
        (day)              (month)         (year)

_____ 1-308
                        Signature of Plaintiff(s)

Registered mail # RF894364661US

A-7